DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CLIFTON DAVIS** and **LEROY DAVIS,**
Appellants,

v.

**HOPE DAVIS,**
Appellee.

No. 4D22-1653

[September 30, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562021CA001493.

Clifton Davis and Leroy Davis, Fort Pierce, pro se.

No appearance filed for appellee.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

GROSS, GERBER and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***